| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 17 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 5/9/08 10:02:10-10:19:45 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>5/9/08 | NEW CASE<br>☐ | CASE NUMBER<br>4-08-70274-WDB |

### APPEARANCES

| DEFENDANT<br>HECTOR ADOLFO QUEZADA-CASILLAS | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Rebecca Silbert (Spec. Appear.) | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wade Rhyne | | INTERPRETER<br>Monique Inciarte (Spanish Int.) | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Paul Mamaril | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>17 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>5/9/08 | ☒ ADVISED<br>OF CHARGES<br>5/9/08 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
MAY 9 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/12/08 | ☒ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ SET DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. provided the Court & the deft. with a copy of the deft's ICE detainer. The deft. will be referred to CJA Panel Counsel for representation bec. the Fed. Public Defender's Office will represent co-deft. Israel Gallegos-Hernandez in this case.

cc: WDB's Stats, Pret. Svcs.                                DOCUMENT NUMBER:



U.S. Immigration and Customs Enforcement

**RECEIVED**
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Immigration Detainer - Notice of Action**

| To: | From: (ICE office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS CALIFORNIA DEPT. OF CORRECTIONS, OR ANY COUNTY JAIL UNITED STATES MARSHALS SERVICE OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | U.S. DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT PO BOX 251747 SAN FRANCISCO INT'L AIRPORT SAN FRANCISCO, CA 94125-1747 |

| Name of Alien (INS): Hector Adolfo Quezada-Casillas | | Name of Alien (Institution): Hector Adolfo Quezada-Casillas | |
|---|---|---|---|
| Date of Birth: 1-28-1980 | Nationality: Mexico | Offense (NCIC): | File No: A94 811 774 |
| CII: | BOP No: | Date Sentenced: | Date Detainer Filed: |
| FBI: | PFN: | Sentence Length: | Interview Date: |
| Institution No: | Sex: ☒ Male ☐ Female | Ag Felony: ☒ Yes ☐ No ☐ DO ☐ DR ☐ OT | ERD: |

You are advised that the action noted below has been taken by Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below at (650) 876-2837 X129 during normal business hours.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE (Detention Branch) by calling (415) 844-5552 during business hours or by fax at (415) 844-5563.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  ☐ A self-addressed stamped envelope is enclosed for your convenience.
  X Please return a signed copy via facsimile to (650) 876-2701.
     Return fax to the attention of    person named below
                                        (Name of ICE officer handling case)

☐ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☐ Notify this office in the event of the inmate's death or transfer to another institution.
☒ Please cancel the detainer previously placed by this Service on _____

_____   Marc Beeson #902       Special Agent
(Signature of ICE official)                        (Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____   Latest conviction charge: _____   Court Case # _____
Estimated release date: _____

Signature and title of official: _____

Form SFR/R-247/6...